

ENTERED
01/10/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE:    DAVID NUNEZ ) | CASE NO. 16-20233 |
|          AND MARYLOU NUNEZ ) | |
| ) | CHAPTER 13 |
| ) | |

| | |
|---|---|
| UNICO BANK ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID NUNEZ AND MARYLOU ) | |
| NUNEZ and CINDY BOUDLOCHE, ) | |
| Trustee ) | |

## AGREED ORDER OF RELIEF FROM AUTOMATIC
## STAY OF ACTION AGAINST 514 E. MESQUITE, KINGSVILLE, TEXAS

On this day the Court considered the Motion for Entry of Agreed Order of Relief from Automatic Stay filed by creditor UNICO BANK (hereinafter "MOVANT"), in the above entitled and numbered cause against Debtors' property at 514 E. Mesquite, Kingsville, Texas (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

As shown by Debtors' counsel signature below, Debtors have agreed to the requested relief.

Accordingly, Movant and Debtors have agreed that pursuant to 11 U.S.C. Sec. 362(d)(2) Movant UNICO BANK should have leave from the automatic stay to pursue its state law remedies against the Debtors and the Property, including communications with Debtors, negotiation of refinance, loan modification, and/or foreclosure of the property.

IT IS THEREFORE ORDERED that the Automatic Stay provided by 11 U.S.C. § 362 is no longer in effect as to UNICO BANK's interest in and to Debtors' property at 514 E. Mesquite, Kingsville, Texas and Movant is allowed to exercise any and all rights it has as mortgagor.

**IT IS SO ORDERED.**

Signed:

January 10, 2017

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED:

_____
Bruce W. Long
Attorney for Movants
bwlong@walkerlong.com
State Bar No. 12514500
5445 La Sierra Drive, Ste. 430
Dallas, Texas 75231
(214) 691-4400
(214) 691-9257 (FAX)


_____
Joel Gonzalez
Attorney for Debtors
joel@jglegalgroup.com
State Bar No. 24053233
5350 S. Staples Suite 406
Corpus Christi, TX 78411
Tel. (361) 887-6363
Fax (361) 654-3622